# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 21-5195 September Term, 2022

FILED ON: DECEMBER 6, 2022

MATTHEW D. GREEN, ET AL.,
    APPELLANTS

v.

UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,
    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:16-cv-01492)

Before: WALKER, *Circuit Judge*, and ROGERS and TATEL, *Senior Circuit Judges*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's denial of Green and Huang's motion for a preliminary injunction be affirmed and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/

        Daniel J. Reidy
        Deputy Clerk

Date: December 6, 2022

Opinion for the court filed by Senior Circuit Judge Tatel.