# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5195**  September Term, 2022

1:16-cv-01492-EGS

Filed On: January 31, 2023 [1983947]

Matthew D. Green, et al.,

    Appellants

  v.

United States Department of Justice, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of December 6, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed December 6, 2022